**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | **CRIMINAL NO. 20-163** |
| | : | |
| LEE D. WEISS | : | |
| | : | |

## ORDER

**AND NOW**, this **1st day** of **August 2024**, upon consideration of Defendant's pro se Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 135), the Government's Response in Opposition (ECF No. 136), and Defendant's Reply in Support of his Motion (ECF No. 137), it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, Defendant's Motion (ECF No. 135) is **DENIED**.


**BY THE COURT:**


**HON. KAI N. SCOTT
United States District Court Judge**